IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CO2 SOLUTIONS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:15-cv-01123-SLR |
| v. | ) | |
| | ) | |
| AKERMIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER

On this date, the Court considered the unopposed Motion to Transfer Pursuant to 28 U.S.C. § 1404 (a) filed by Defendant Akermin, Inc. The Court, having considered all papers submitted in connection therewith, finds that good cause exists for the Motion and that the requested transfer is warranted in the interests of justice.

IT IS HEREBY ORDERED that the Motion to Transfer Pursuant to 28 U.S.C. § 1404 (a) of Defendant Akermin, Inc. is **GRANTED** and that this case be immediately transferred to the United States District Court for the Eastern District of Missouri.

**IT IS SO ORDERED.**

DATED: April 12, 2016

Judge Sue L. Robinson
United States District Judge

{00872166;v1}