# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:15–cv–01123–SLR

CO2 Solutions Inc. v. Akermin Inc.  
Assigned to: Judge Sue L. Robinson  
Cause: 35:145 Patent Infringement

Date Filed: 12/04/2015  
Jury Demand: Defendant  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**CO2 Solutions Inc.**     represented by     **Steven J. Balick**  
Ashby & Geddes  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654–1888  
Fax: (302) 654–2067  
Email: sbalick@ashby–geddes.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andrew Colin Mayo**  
Ashby & Geddes  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
302–654–1888  
Email: amayo@ashby–geddes.com  
*ATTORNEY TO BE NOTICED*

**Lauren E. Maguire**  
Ashby & Geddes  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654–1888  
Email: lmaguire@ashby–geddes.com  
*ATTORNEY TO BE NOTICED*

**Michael R. Weiner**  
Email: mweiner@marshallip.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Thomas I. Ross**  
Email: tross@marshallip.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Tiffany D. Gehrke**  
Email: tgehrke@marshallip.com  
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Akermin Inc.** | represented by | **John R. Schroeder** <br> Email: jschroeder@senniger.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Marc W. Vander Tuig** <br> Email: mvandertuig@senniger.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Patricia Smink Rogowski** <br> Panitch Schwarze Belisario & Nadel LLP <br> Applied Bank Center <br> 2200 Concord Pike, Suite 201 <br> Wilmington, DE 19803–2909 <br> 302–394–6030 <br> Email: progowski@panitchlaw.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Robert M. Evans** <br> Email: revans@senniger.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Akermin Inc.** | represented by | **Patricia Smink Rogowski** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **CO2 Solutions Inc.** | represented by | **Steven J. Balick** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Andrew Colin Mayo** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Lauren E. Maguire** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2015 | 1 | COMPLAINT filed with Jury Demand against Akermin Inc.– Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311–1838322.) – filed by CO2 Solutions Inc..(Attachments:# 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(aah) (Entered: 12/04/2015) |
| 12/04/2015 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (aah) (Entered: 12/04/2015) |
| 12/04/2015 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 8,846,377; 9,044,709; 8,277,769; 8,480,796;(aah) (Entered: 12/04/2015) |
| 12/04/2015 |  | No Summons Issued.(aah) (Entered: 12/04/2015) |
| 12/09/2015 |  | Case Assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb) (Entered: 12/09/2015) |
| 03/01/2016 |  | Summons Issued with Magistrate Consent Notice attached as to Akermin Inc. on 3/1/2016. (nmb) (Entered: 03/01/2016) |
| 03/01/2016 | 4 | SUMMONS Returned Executed by CO2 Solutions Inc.. Akermin Inc. served on 3/1/2016, answer due 3/22/2016. (Mayo, Andrew) (Entered: 03/01/2016) |
| 03/09/2016 | 5 | MOTION for Pro Hac Vice Appearance of Attorney Michael R. Weiner, Thomas I. Ross, and Tiffany D. Gehrke – filed by CO2 Solutions Inc.. (Mayo, Andrew) (Entered: 03/09/2016) |
| 03/09/2016 |  | SO ORDERED, re 5 MOTION for Pro Hac Vice Appearance of Attorney Michael R. Weiner, Thomas I. Ross, and Tiffany D. Gehrke filed by CO2 Solutions Inc. Signed by Judge Sue L. Robinson on 3/9/2016. (fms) (Entered: 03/09/2016) |
| 03/22/2016 | 6 | MOTION for Pro Hac Vice Appearance of Attorney Robert M. Evans, Jr., Marc W. Vander Tuig and John R. Schroeder of Senniger Powers LLP – filed by Akermin Inc.. (Rogowski, Patricia) (Entered: 03/22/2016) |
| 03/22/2016 | 7 | ANSWER to 1 Complaint, with Jury Demand *, AFFIRMATIVE DEFENSES*, COUNTERCLAIM against CO2 Solutions Inc. by Akermin Inc..(Rogowski, Patricia) (Entered: 03/22/2016) |
| 03/22/2016 | 8 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Akermin Inc.. (Rogowski, Patricia) (Entered: 03/22/2016) |
| 03/23/2016 |  | SO ORDERED, re 6 MOTION for Pro Hac Vice Appearance of Attorney Robert M. Evans, Jr., Marc W. Vander Tuig and John R. Schroeder of Senniger Powers LLP filed by Akermin Inc. Signed by Judge Sue L. Robinson on 3/23/2016. (fms) (Entered: 03/23/2016) |
| 03/24/2016 | 9 | Order Setting In–Person Patent Scheduling Conference: A Scheduling Conference is set for 4/18/2016 at 04:00 PM in Courtroom 4B before Judge Sue L. Robinson. Signed by Judge Sue L. Robinson on 3/24/2016. (nmfn) (Entered: 03/24/2016) |
| 03/25/2016 | 10 | MOTION to Transfer Case to Eastern District of Missouri – filed by Akermin Inc.. (Rogowski, Patricia) (Entered: 03/25/2016) |
| 03/25/2016 | 11 | OPENING BRIEF in Support re 10 MOTION to Transfer Case to Eastern District of Missouri filed by Akermin Inc..Answering Brief/Response due date per Local Rules is 4/11/2016. (Attachments: # 1 Affidavit Declaration of John R. Schroeder in Support of Akermin's Motion to Transfer, # 2 Exhibit Exhibit 1: Declaration of Barry Blackwell in Support of Akermin's Motion to Transfer Venue, # 3 Exhibit Exhibit 2: National Judicial Caseload Profile, # 4 Exhibit Exhibit 3: Table C–5)(Rogowski, Patricia) (Entered: 03/25/2016) |

| | | |
|---|---|---|
| 03/28/2016 | Ï | Pro Hac Vice Attorney Michael R. Weiner, Tiffany D. Gehrke, Thomas I. Ross for CO2 Solutions Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (cna) (Entered: 03/28/2016) |
| 03/28/2016 | Ï | Pro Hac Vice Attorney Robert M. Evans, Marc W. Vander Tuig, John R. Schroeder for Akermin Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (cna) (Entered: 03/28/2016) |
| 04/08/2016 | Ï 12 | STATEMENT *(Plaintiff's Notice of Non–Opposition to Defendant's Motion to Transfer ( D.I. 10 )* by CO2 Solutions Inc.. (Mayo, Andrew) Modified on 4/8/2016 (fms). (Entered: 04/08/2016) |
| 04/08/2016 | Ï | Remark: The motion found at D.I. 10 does not contain a proposed order. Please file a proposed order using the codes found under: OTHER FILINGS/OTHER DOCUMENTS/PROPOSED ORDER. (nmfn) (Entered: 04/08/2016) |
| 04/08/2016 | Ï 13 | PROPOSED ORDER Granting Defendant's Motion to Transfer to Eastern District of Missouri re 10 MOTION to Transfer Case to Eastern District of Missouri by Akermin Inc.. (Rogowski, Patricia) (Entered: 04/08/2016) |
| 04/13/2016 | Ï 14 | ANSWER to 7 Answer to Complaint, Counterclaim by CO2 Solutions Inc..(Mayo, Andrew) (Entered: 04/13/2016) |
| 04/13/2016 | Ï 15 | ORDER granting 10 Motion to Transfer Case. Signed by Judge Sue L. Robinson on 4/12/2016. (nmfn) (Entered: 04/13/2016) |